UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK NATHANIAL WASHINGTON,<br><br>Plaintiff,<br><br>v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS, et al.,<br><br>Defendants. | No.  2:24-cv-1784 DJC CSK P<br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  Plaintiff filed a civil rights action pursuant to 42 U.S.C. § 1983.  On July 2, 2024, the Court recommended that plaintiff be ordered to pay the Court's filing fee in full prior to proceeding any further with this action in light of his status as a three strikes litigant within the meaning of 28 U.S.C. § 1915(g).  (ECF No. 3.)  On July 11, 2024, the Court received plaintiff's $405.00 payment of the Court's filing fee.  Plaintiff filed objections on July 22, 2024.  (ECF No. 5.)  On August 14, 2024, the district court adopted the findings and recommendations over plaintiff's objections, ordered that plaintiff is a three strikes litigant within the meaning of 28 U.S.C. § 1915(g), confirmed that plaintiff was required to pay the Court's filing fee in full prior to proceeding any further with this action, and, in light of plaintiff's subsequent payment of the full filing fee, remanded this matter to the undersigned for further proceedings.  (ECF No. 6.)

1

In his complaint, plaintiff alleges violations of his civil rights by defendants. The alleged violations took place in Kern County, which is part of the Fresno Division of the United States District Court for the Eastern District of California. See Local Rule 120(d).

Pursuant to Local Rule 120(f), a civil action which has not been commenced in the proper division of a court may, on the court's own motion, be transferred to the proper division of the court. Therefore, this action will be transferred to the Fresno Division of the court.

Good cause appearing, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Fresno; and

2. All future filings shall reference the new Fresno case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 2500 Tulare Street
> Fresno, CA 93721

Dated: 09/04/24

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/wash1784.22

2